WERTHY FABRIC Co., INC., Respondent, *v.* WILLIAM G. MARVIN and Others, Copartners, Appellants.

Supreme Court, Appellate Term, First Department, February 18, 1930.

*Marvin & Bergh* [*John A. O'Melia* of counsel], for the appellants.

*Leopold Klinger*, for the respondent.

PER CURIAM. There is no doubt about the correctness of the principle for which defendants, appellants, contend on the authority of *Vooth* v. *McEachen* (181 N. Y. 28), that a client who sues his attorney for misconduct in respect of a matter committed to the latter's care must prove his damages. In the instant case, however, the alleged violation of the client's instructions was in respect

of the collection of a draft. In such a situation the amount of the indebtedness expressed by the draft is *prima facie* its value in computing damages. The burden of going forward and showing the insolvency of the debtor or other similar defenses thereupon passes to the attorney. (*Potter* v. *Merchants' Bank*, 28 N. Y. 641, 654; *First National Bank* v. *Fourth National Bank*, 77 id. 320, 328; *National Revere Bank* v. *National Bank of the Republic*, 172 id. 102, 109; *Griggs* v. *Day*, 136 id. 152, 161.)

Judgment affirmed, with twenty-five dollars costs.

All concur; present, BIJUR, PETERS and FRANKENTHALER, JJ.